IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 DEC 26 PM 2: 02

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                          )<br>                    Plaintiff,              )<br>                                                          )<br>v.                                                       )   Case No. 4:06CR3158<br>                                                          )<br>LISA DENISE HENLEY,              )<br>                                                          )<br>                    Defendant.          ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing _____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Motion to Review Detention and Order under seal.

DATED this _26_ day of _December_, 200__.

BY THE COURT:

_/s/ David L. Piester_
The Honorable David L. Piester
United States Magistrate Judge