```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3158 |
| v. | ) | |
| | ) | |
| LISA DENISE HENLEY, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

In accordance with the order of the Honorable Richard G. Kopf dated January 4, 2007, filing 17,

IT IS ORDERED:

Trial is set to commence at 9:00 a.m., March 26, 2007 before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 5th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge