IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CR3158 |
| ) | |
| LISA DENISE HENLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Motion to Continue the Deadline for Filing a Downward Departure Motion and supporting brief, filing 39. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any Downward Departure Motion with supporting brief no later than July 18, 2007.

July 5, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge