IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:06CR3158 |
| | ) | |
| LISA DENISE HENLEY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue the Deadline for Filing a Downward Departure Motion and Supporting Brief and defendant's Motion to Continue her Sentencing Hearing, filing 45. The Court, being fully advised in the premises, finds that said Motions should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any Downward Departure Motion with supporting brief no later than July 23, 2007. Defendant's sentencing hearing shall be continued until the 2nd day of August, 2007, at 11:30 a.m. The defendant is ordered to appear at said time.

July 18, 2007.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge