IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                                          )<br>                      Plaintiff,        )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>LISA DENISE HENLEY,                    )<br>                                                          )<br>                      Defendant.    ) | Case No.  4:06CR3158 |

## ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing 56.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Unopposed Motion to Continue Sentencing Hearing and Order under seal.

DATED this 18th day of September, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge